Jeremy Lee Collins, KDOC# 79661
Norton Correctional Facility
PO Box 546
Norton, Kansas 67654 - 0546

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Jeremy Lee Collins, )<br>  Plaintiff, )<br>vs. )<br> )<br>Bernadine D. Lumbreras, et al., )<br>  Defendant(s). )<br> ) | Case No. 5:23-cv-03243-JWL<br>Civil Rights Complaint Pursuant<br>to 42 U.S.C.§ 1983 |

## MOTION FOR RECONSIDERATION

Plaintiff Jeremy Lee Collins, Pursuant to Rule(s) 60(b)(6), Fed. R. Civ. P., and 28 U.S.C.§ 1915(b)(4), and respectfully requests for a reconsideration of a dismissal of this case on January 8, 2023, because the Plaintiff has no available assets to pay an initial partial filing fee, and should not be prohibited from bringing this action without the prepayment of the initial partial filing fee. Plaintiff alleges the following in support:

1. On 11/13/2023 the Plaintiff filed the original 42 U.S.C.§ 1983 complaint in [ Doc. 1 ] in the United States District Court. The same day the Plaintiff filed a Motion for Leave to Proceed in forma pauperis [ Doc. 3 ] which provided an [ Attachments : # (1) Inmate Account Statement ) in which reflected an available amount of ($ 0.00).

2. On 11/13/2023 a Notice of Deficiency [ Doc. 4 ] was mailed to the Plaintiff by regular mail, to follow D. Kan. Rule 9.1(a) of filing Court-Approved Forms.

3. On 11/13/2023 the Plaintiff's Motion to Proceed in forma pauperis [ Doc. 3 ] was granted and the Court assessed an initial partial filing fee of ($ 166.50), calculated under 28 U.S.C.§ 1915(b)(1), and was granted to and including November 27, 2023 to submit the fee. It indicated an objection to the order

must be filed on or before the date payment is due. The date was extended to January 8, 2023 by action of this Court.

4. Plaintiff seen that the amount of $ 166.50 was taken under his " obligations " at the Norton Correctional Facility account and made the Plaintiff made the presumption that KDOC was issuing the payment as indicated and was being remitted to the United States District Court. Defendant Melissa Brooke is the Centralized Inmate Banking finance unit for the entire KDOC and was responsible for issuing the funds, and did not.

5. The Court had ordered that the agency in [ Doc. 5 ] having custody of the Plaintiff shall forward the payment of the fee assessed by the Court, and assess installment payments under 28 U.S.C.§ 1915(b)(2), in which was forwarded to the finance office of the institution. Defendant Melissa Brooke disobeyed this Court Order constituting a " direct aontempt ", Plaintiff request a sanction to be made and an Order issued to remit the payment the Plaintiff was charged for already at the KDOC facility by the finance offices.

6. The Court should take notice that the Plaintiff is already disputing the same offices actions mentioned in the complaint in [ Doc. 6 ], this Court should respectfully issue an " injunction " on the finance office of the facility to remit the partial filing fee to aid its efforts in collection of the initially assessed fee(s).

7. On 11/27/2023 Plaintiff filed his Court-Approved Form complaint [ Doc. 6 ].

8. On 12/04/2023 Plaintiff filed a Motion for Leave to Amend [ Doc. 6 ] complaint by Plaintiff.

9. On 12/07/2023 the Court filed the Memorandum and Order [ Doc. 8 ] ordering that the Plaintiff until January 8, 2023, in which to file a complete and proper amended complaint to cure all the deficiencies.

10. The Court also ordered that the Plaintiff shall have until January 8, 2023, in which to submit the $ 166.50 initial partial filing fee in which was already ordere to be remitted by the financing office of KDOC in [ Doc. 5 ].

11. Plaintiff is still sitting with no assets of an amount of ( $ 0.00 ) of an available fund in his Inmate Trust Account. The finance office had just made it an " obligation " and put the inmate in the " negative " without remitting the payment. The Plaintiff is being transorted to the Sedgwick County District Court on an unrelated matter, which will hinder his ability to cure the actions by KDOC or to grieve the issue's. The Court had ordered that failure to submit the fee by the new dead line may result in dismissal of this matter without further notice. The Plaintiff requests to reconsider the dismissal at the fault of KDOC and not the Plaintiff.

12. Plaintiff respectfully requests this Court to reconsider dismissing the action on January 8, 2023 for failure to submit the fee for the reasons stated herein.

13. Plaintiff also alleges that the third-party Defendant Centralized Inmate Banking Unit is preventing the Plaintiff's Access to the Court's in violation of the First Amendment from having absconded with the funds that have been deducted from the inmate account in the amount of $ 166.50 which also shows a pattern of taking money unlawfully under the Fourth and Fourteenth Amendment on November 4, 2023. This delay of process should be sanctioned by the Court. It violates the Constitution because they were ordered, but, they just took the money from the books and did not remit the payment as ordered, in which is now being threatened to be dismissed from KDOC official action. Slone v. Herman, 983 F.2d 107, 110 ( 8th Cir. 1993 )( " a defendants good faith or bad faith is irrelevant to the qualified immunity inquiry... the standard is one of ' objective reasonableness.'" at 110. " A reasonable competent official should know that it is not lawful to disobey a final and non appealable court action." at 111. ")

14. Objection. Plaintiff alleges that pursuant to 28 U.S.C.§ 1915(b)(4) that " In no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for reason that the prisoner has no assets and no means by which to pay the initial partial filing fee.

15. Plaintiff alleges that he has not had three or more civil actions or appeals dismissed as frivolous, malicious, or failure to state a claim, that would require him to pay all initial fees up front pursuant to 28 U.S.C.§ 1915(g).

Disposition of Relief Requested

Plaintiff prays that this Court allow this case to proceed without the full prepayment of the $ 166.50, and issue an injunction and sanctions.

Respectfully Submitted,

/s/ *[signature]*

Jeremy L. Collins, Plaintiff
KDOC# 79661
Norton Correctional Facility
PO Box 546
Norton, Kansas 67654 - 0546