IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JEREMY LEE COLLINS,

      **Plaintiff,**

      v.                                        CASE NO. 23-3243-JWL

BERNADINE D. LUMBRERAS,
et. al,

      **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the Norton Correctional Facility in Norton, Kansas. The Court granted Plaintiff leave to proceed in forma pauperis and assessed an initial partial filing fee in the amount of $166.50, calculated under 28 U.S.C. § 1915(b)(1). The initial fee was due by November 27, 2023. On December 7, 2023, the Court entered a Memorandum and Order (Doc. 8) ("M&O") granting Plaintiff until January 8, 2024, in which to file a complete and proper amended complaint to cure all the deficiencies set forth in the M&O. The Court also granted Plaintiff until January 8, 2024, in which to submit the $166.50 initial filing fee, finding that failure to submit the fee by this new deadline may result in dismissal of this matter without further notice. This matter is before the Court on Plaintiff's Motion for Reconsideration (Doc. 10).

Plaintiff takes issue with the Court's ruling regarding the initial partial filing fee, indicating that he does not have the funds available to submit the fee. Plaintiff alleges that the KDOC made the fee an obligation and left a negative balance on his account. (Doc. 10, at 2.) Plaintiff asks this Court to reconsider its ruling that the case will be dismissed if Plaintiff does not submit the fee by the new deadline. Plaintiff asks the "Court to allow this case to proceed

without the full prepayment of the $166.50, and issue an injunction and sanctions." *Id*. The Court will consider Plaintiff's motion as a request to waive the initial partial filing fee and will grant the request. However, the Court declines to issue an injunction or sanctions.

Plaintiff is cautioned that the Court's M&O also granted Plaintiff until January 8, 2024, in which to file a complete and proper amended complaint to cure all the deficiencies set forth in the M&O. Plaintiff shall have until January 8, 2024, in which to submit a complete and proper amended complaint upon court-approved forms that cures all the deficiencies discussed in the M&O. If Plaintiff does not file an amended complaint within the prescribed time that cures all the deficiencies discussed in the M&O, this matter may be dismissed without further notice for failure to state a claim.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion for Reconsideration (Doc. 10) is **granted** to the extent that the motion is considered as a request to waive the initial partial filing fee. The initial partial filing fee in the amount of $166.50 is waived. Any other request in the motion is **denied.**

**IT IS SO ORDERED**.

**Dated December 11, 2023, in Kansas City, Kansas.**

<u>S/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE